UNITED STATES, ex rel., Leeland O.
WHITE, Plaintiff–Appellant,

v.

APOLLO GROUP, INC.; University of
Phoenix; University of Phoenix On-
line; Institute for Professional Devel-
opment; Apollo Financial Service;
Andersen Apollo Financial Services;
Snell and Wilmer, Attorneys at Law,
Defendants–Appellees.

No. 06–50632
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 22, 2007.

Leeland O. White, El Paso, TX, pro se.

Gerald F. Giordano, Snell & Wilmer,
Tucson, AZ, for Defendants–Appellees.

Before JOLLY, DENNIS, and
CLEMENT, Circuit Judges.

PER CURIAM: [*]

Before the court is an appeal from the
district court's Rule 11 sanction against
pro se litigant, Leeland O. White, for vexa-
tious and frivolous litigation and for abus-
ing the court system. Prior to imposing
the sanctions, the district court had dis-
missed White's substantive claim, which
alleged that the defendants violated the
False Claims Act through various frauds.[1]
The court entered a final judgment dis-
missing this claim in January 2006. White
appealed from that judgment, and this
court dismissed that appeal.

The present appeal was timely filed in
May 2006 as to the district court's sanc-
tions order, which followed the defendants'
compliance with Rule 11's safe harbor pro-
vision and two previous warnings to White
about the possibility of sanctions. White's
brief to this court, however, does not ad-
dress at all the propriety of the sanctions;
instead, White puts forth various argu-
ments related to the district court's dis-
missal of his substantive claim. Although

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

1. The United States declined to intervene in
White's suit.

pro se briefs are afforded liberal construction, *Haines v. Kerner*, 404 U.S. 519, 520, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972), arguments must be briefed to be preserved. *Yohey v. Collins*, 985 F.2d 222, 224–25 (5th Cir.1993). White has thus waived any argument to the propriety of sanctions. As to White's arguments concerning the district court's dismissal of his substantive claim, White has already appealed from that judgment, and this court dismissed that appeal. In any event, White's May 2006 notice of appeal is untimely as to the final judgment filed over three months earlier. *See* FED. R.APP. P. 4(a)(1), 4(a)(4)(A)(iii); *see also Moody Nat'l Bank of Galveston v. GE Life & Annuity Assurance Co.*, 383 F.3d 249, 252–53 (5th Cir. 2004).

AFFIRMED. The defendants-appellees' motion for attorney's fees is DENIED.